UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | |
|    The Spartan Junior Drum and | ) | Bk. No.:  08-13492-JMD |
|    Bugle Corps., Inc. | ) | Chapter 11 |
|    d/b/a The Spartans, Inc. | ) | Hearing Date: |
|          Debtor | ) | Hearing Time: |
| | ) | |

**APPLICATION FOR FINAL DECREE**

Pursuant to the Bankruptcy Reform Act of 1978, 11U.S.C. 101 <u>et. seq.</u>, <u>as amended</u> ("code"), Bankruptcy Rule 3022 and Local Bankruptcy rule 3022-1, the Debtor respectfully moves this Court as follows:

1. The Debtor's Plan of Reorganization ("the Plan") has been substantially consummated as defined in Section 1101(2) of the code, in accordance with the terms and provisions of the Plan, the Confirmation Order and any orders of the court subsequent to confirmation.

2. At this time, the Plan has been substantially consummated in accordance with the Plan in that all creditors have been paid the first and second dividend installments pursuant to the Plan. The remaining dividend payment to the Unsecured Creditors shall be paid on December 31, 2010 for the third and final installment of five (5%) percent.

3. All professionals entitled to compensation for services rendered and expenses incurred have been paid the amounts allowed them by the Court.  A statement of all funds paid to professionals employed by the estate is attached as <u>Exhibit A.</u>

4. The Debtor has distributed to creditors the sums due under the Plan.  The first

1

dividend payment made to creditors is detailed in Exhibit B attached hereto. One creditor, the Nashua Police Department has returned its check indicating that no funds are due from the Debtor. The payments to Citizens Bank have not been applied yet by the bank.

5. The second dividend payment made to creditors is detailed in Exhibit C attached hereto.

6. The Debtor will distribute its third and final dividend payment to creditors the sums due under the Plan. The remaining payments to be made to creditors are detailed in Exhibit D attached hereto.

7. The Debtor has paid all Trustee fees to date.

8. The Debtor has attached the completed statistical report required by the Administrative Office of the Office of the United States Court in which the figures correspond to those set forth herein. Attached hereto as Exhibit E.

9. Attached hereto as Exhibit F is a Proposed Form of Final Decree for the use of the Court.

WHEREFORE, the Debtor, The Spartan Junior Drum and Bugle Corps., Inc., d/b/a The Spartans, Inc., by their attorneys, Victor W. Dahar, P.A., respectfully request that the Honorable Court:

1. Issue and enter a Final Decree in this Chapter 11;

2. Grant such other and further relief as is deemed just and equitable.

Respectfully submitted,
The Spartan Junior Drum and
Bugle Corp., Inc.
Chapter 11 Debtor
By its attorneys,
**VICTOR W. DAHAR, P.A.**

Date: May 5, 2010                By: /s/ Eleanor Wm. Dahar
                                                           Eleanor Wm. Dahar
                                                         20 Merrimack Street
                                                         Manchester, NH 03101
                                                         (603) 622-6595
                                                         BNH 01784